UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 15-3475
_____

IN RE: MODAFINIL ANTITRUST LITIGATION


Mylan Laboratories, Inc.; Mylan Pharmaceuticals Inc.;
Ranbaxy Laboratories, Ltd; Ranbaxy Pharmaceuticals, Inc.,
Appellants
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
District Court No. 2-06-cv-01797
District Judge: The Honorable Mitchell S. Goldberg
_____


Before: SMITH, JORDAN, and RENDELL, *Circuit Judges*


_____

ORDER AMENDING OPINION
_____


The opinion filed September 13, 2016 is amended solely as to the listing of Paul

B. Hewitt, Esq. and Catherine Creely, Esq. on the opinion and not as to the substance of

the opinion itself.  Mr. Hewitt and Ms. Creely should have been listed as members of

Akin Gump Strauss Hauer & Feld in Washington, DC.  Mr. Hewitt was omitted from the

listing of counsel and Ms. Creely was erroneously listed as a member of Cohn & Marks

in Washington, DC.  The opinion is amended as follows:

Paul B. Hewitt
C. Fairley Spillman
Catherine E. Creely
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenue, N.W.
Suite 400
Washington, DC 20036

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: September 29, 2016
PDB/cc: All Counsel of Record